# Court of Appeals
# of the State of Georgia

ATLANTA,  July 28, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1349. MAHA Z. RAYAN v. BRIDGE PROPERTY MANAGEMENT, L.C. AS AGENT FOR THE OWNER OF THE FALLS AT GWINNETT PLACE APARTMENT COM.**

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, Rayan appealed to the state court, which dismissed the case for want of prosecution. Rayan then appealed directly to this Court. Bridge Property Management has filed a motion to dismiss the appeal for lack of jurisdiction, correctly arguing that the state court order dismissing the case was not subject to direct appeal. Accordingly, we lack jurisdiction.

An appeal from a state court order disposing of a de novo appeal from a magistrate court decision must be initiated by filing an application for discretionary review. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995). Rayan's failure to do so deprives us of jurisdiction over this appeal. Accordingly, Bridge Property Management's motion to dismiss is GRANTED, and this case is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  07/28/2017
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.